Thomas ARIZUMI; Karen Arizumi, Plaintiffs—Appellants,

v.

VAIL RESORTS, INC., a Colorado corporation dba Keystone Resort; State of Hawaii, Defendants—Appellees.

No. 02–15184.

D.C. No. CV–01–00298–HG/BMK.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 7, 2003.

Decided May 30, 2003.

Before LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## ORDER

The judgment of the district court is AFFIRMED for the reasons set forth in the order of the district court filed on January 10, 2002.

IT IS SO ORDERED.